**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chris Falcone, | No. CV-19-04547-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Robert L. Dingess, et al., | |
| Defendants. | |

This matter is before the Court on a Joint Stipulation to Stay this action for an indefinite amount of time. (Doc. 9). This matter was filed on June 25, 2019, and apparently relates to a case currently pending in this District before Chief Judge Snow. 2:19-cv-4529-GMS (the "Securities Litigation"). The parties seek a stay of the entire case until the following events occur in the 2:19-cv-4529-GMS case:

> Upon occurrence of any of (1) the dismissal of the Securities Litigation, with prejudice, by the Court, and exhaustion of all appeals related thereto; or (2) the denial of all motions to dismiss the Securities Litigation filed by the Securities Litigation Defendants; or (3) either of the Parties to this Stipulation has given written notice that they no longer consent to the voluntary stay of the Derivative Litigation, then the Parties shall notify the Court within fifteen (15) days after the occurrence of any of the events above. The case shall remain stayed for thirty (30) days following any such event.

The parties state that this is a derivative action and that there is "substantial overlap between the facts and circumstances alleged" between the two actions. (Doc. 9). While this may be the case, the parties have not established, and the Court does not find

good cause to indefinitely stay this matter for the following reasons. The parties seek to stay this case until any one of a number of triggering events occur in the Securities Litigation. The Court foresees that the first of these, "dismissal of the Securities Litigation, with prejudice, by the Court, and exhaustion of all appeals related thereto," may take *years* to occur. This case was filed a little over a month ago, and the parties chose to file it in this way. (Doc. 1). The stay contemplated by the parties would consume sparse judicial resources. The Court will not allow cases to linger on its docket. The parties are always free to voluntarily dismiss this action until such time that they are ready to litigate the claims herein. Alternatively, the parties may also consider filing a motion to consolidate these matters in the appropriate court and according to applicable Local and Federal Rules.

Accordingly,

**IT IS HEREBY ORDERED** that the Stipulation (Doc. 9) is **denied**.

Dated this 8th day of August, 2019.

Honorable Diane J. Humetewa
United States District Judge